**[J-82-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 23 MAP 2022 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court dated August 27, |
| | : | 2021 at No. 1287 MDA 2020 |
| v. | : | vacating the Judgment of Sentence |
| | : | of the Sullivan County Court of |
| | : | Common Pleas, Criminal Division, |
| ZACHARY CLAYTON CAPRIOTTI, | : | dated September 1, 2020 at No. |
| | : | CP-57-CR-0000021-2019 and |
| Appellant | : | remanding. |
| | : | |
| | : | ARGUED: November 30, 2022 |

## ORDER

**PER CURIAM**                                       **DECIDED: January 10, 2023**

AND NOW, this 10th day of January, 2023, the appeal is **DISMISSED** as having

been improvidently granted. The Application for Amendment of Caption is **DISMISSED**

as moot.

Justice Donohue files a dissenting statement in which Justice Wecht joins.

Justice Wecht files a dissenting statement in which Justice Donohue joins.